UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                                          CASE NO. 17-50346-KKS

      STEVEN ROY PETERS
      RHONDA SUE PETERS,

          Debtors.

_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The Creditor, TYNDALL FEDERAL CREDIT UNION, hereinafter referred to as the Creditor, a secured Creditor herein objects to the confirmation of the Debtors' Chapter 13 Plan as proposed on the following basis:

1.      Creditor is a secured Creditor by virtue of a Mortgage lien as evidenced by the Home Equity Line of Credit ("HELOC") attached hereto as "Exhibit A."

2.      As of the date of the Petition, Creditor was owed $12,595.48 on this loan. The regular monthly payment on the loan per the original contract with Creditor is $594.33.

3      The Debtors' plan proposes to repay the HELOC with 5.25% interest over the life of the Plan. The contract rate of interest on the loan owed to Creditor is 7.99%. The current prime rate of interest is 4.5%. Creditor is entitled to receive 6.5% interest (prime rate plus a 2.0% risk factor) on its claim pursuant to the holding in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004).

4.      The Debtors' Chapter 13 Plan does not comply with 11 U.S.C. § 1325(a) because Creditor has not accepted the proposed Plan, the Plan does not comply with the applicable provisions of the Code and the Plan does not afford Creditor a proper interest rate on its claim.

WHEREFORE, Creditor prays that confirmation of the Debtor's Plan will be denied for the reasons stated herein.

/s/  J. BLAIR BOYD
JAMES E. SORENSON (FL Bar #0086525)
D. TYLER VAN LEUVEN (FL Bar #0178705) &
J. BLAIR BOYD (FL Bar #28840), of
Sorenson Van Leuven, PLLC.
Post Office Box 3637
Tallahassee, Florida 32315-3637
Telephone (850) 388-0500
Facsimile (850) 391-6800
bk@svllaw.com
Attorneys for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Charles M. Wynn, Esquire, Post Office Box 146, Marianna, FL 32447, Attorney for Debtors, Steven Roy Peters & Rhonda Sue Peters, 5535 Lakewood Circle, Panama City, FL 32404, Debtors, and Leigh D. Hart, Post Office Box 646, Tallahassee, FL 32302, Trustee, by electronic means or U.S. Mail on this 9th day of February, 2018.

/s/  J. BLAIR BOYD
Attorney