UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

Creditor: Bay Credit Union

Payment Address: Bay Credit Union
P.O. Box 2239
Panama City, FL 32402

IN RE: STEVEN ROY PETERS & RHONDA SUE PETERS
SSN: XXX-XX-4962 AND XXX-XX-4989
Debtors.            CASE NO.: 17-50346-KKS

**NOTICE OF ADEQUATE PROTECTION PURSUANT
TO STANDING ORDER NO.19**

Acct No. *******7936

NOTICE IS HEREBY GIVEN that Debtor(s) adequate protection payment is $211.00. (POC No. 4 – payments to be made per loan agreement as this is a 910 claim). The Trustee is authorized to begin Adequate Protection payments effective the date of this notice or as soon as practicable thereafter. This amount shall be paid by the Chapter 13 Trustee to the above named creditor. The Chapter 13 Trustee shall be entitled to collect her percentage fee for all payments received to date and paid on all adequate protection payments. Any motion filed pursuant to this notice shall be filed with the Clerk, U.S. Bankruptcy Court, Northern District of Florida, Panama City Division, Panama City Division, 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and copies shall be provided to the undersigned attorney for debtor(s), and to Leigh D. Hart, either by electronic email or at Post Office Box 646, Tallahassee, FL 32302.

Dated: This 22 day of February, 2018.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
4436 CLINTON STREET
POST OFFICE BOX 146
MARIANNA, FLORIDA 32447
(850) 526-3520
FLORIDA BAR NO. 0241695
court@wynnlaw-fl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Leigh D. Hart, Chapter 13 Trustee, and to all parties registered with ECF, by electronic filing on the same date as reflected on the Court's docket as the electronic filing date of this document.

- John Blair Boyd    bk@svllaw.com, blairb@svllaw.com
- Bert J. Echols    bechols@evanspetree.com, sbruce@evanspetree.com
- Leigh D. Hart    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- Chad D. Heckman    eservice@heckmanlawgroup.com
- James E. Sorenson    bk@svllaw.com, jim@svllaw.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

**U.S. Regular Mail to:**

Bay Credit Union
c/o Heckman Law Group
P.O. Box 12492
Tallahassee, FL 32317

/s/ Charles M. Wynn
Charles M. Wynn